# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | MAGISTRATE NO. 13-250 |
| SAAIM ASLAM | : | |

## ORDER FOR DEFENDANT'S CONDITIONAL RELEASE

**AND NOW**, this 7th day of March, 2013, upon hearing arguments from both the Government and Defendant regarding the Defendant=s detention status pending his appearance in the Eastern District of Texas on Criminal Case No. 12-cr-75-06 (E.D. Tex., filed Feb. 14, 2013), it is hereby **ORDERED** that the Defendant shall be released pending his appearance in the United States District Court for the Eastern District of Texas, Sherman Division, subject to the following conditions:

1. Defendant shall post $225,000 to secure his appearance in the Eastern District of Texas in cash or real estate security;

   a) The Court will accept as part of that security, the property owned and pledged by Mohammed M. Kamal and Atika Kamal, at 106 Peach Street, Avenel, New Jersey;

   b) The Court will further accept that the property has a fair and reasonable market value of $160,000 based upon a real estate appraisal report prepared by Joseph Fisher, IFA, dated March 5, 2013 and presented to the Court on March 6, 2013;

   c) Counsel for Defendant has represented that the property is free of liens of any sort, including judgments. The Court acknowledges that

representation, but defers to the Clerk of Court to confirm that such is the case. Any liens or encumbrances upon the property that may appear shall be deducted from the Court's accepted value of $160,000.

d) The remaining $65,000 shall be deposited as cash or cash equivalence with the Clerk of Court.

e) At least $25,000 of that sum shall come directly from the Defendant.

f) The Defendant shall be confined to the 106 Peach Street location and be electronically monitored by GPS and by means and methods of implementation to be determined by United States Pretrial Services. Defendant will not, however, be released from custody until such time as Pretrial Services has verified that there is a working land-line telephone at the 106 Peach Street location.

g) The defendant shall be deemed to be in the custody of Mohammed M. Kamal, his uncle, who has agreed to undertake custodial responsibilities over the Defendant. Following a colloquy with Mr. Kamal and the Defendant in open court, the Court is satisfied that Mr. Kamal, a naturalized U.S. citizen and a professional physical therapist, will undertake those responsibilities properly and fully appreciates that any violation of these conditions will not only subject the Defendant to be remanded into custody, but will bring about the forfeiture of the security posted.

h) Upon notification of the United States Attorney of a court date for the Defendant's appearance in the Eastern District of Texas, Sherman

Division, the Defendant, together with the custodian, shall commence travel to Sherman, Texas by automobile and, on or prior to that hearing date, report to United States Probation, United States Courthouse Annex, 200 N. Travis Street, Sherman, Texas 75090, at which time the Defendant shall have his monitoring device removed, be remanded into custody of the U.S. Marshal to secure his appearance in court.

i) The custodian shall maintain contact with Pretrial Services to be certain of the date, time, and location of that court appearance and report as directed. Defendant will not commence travel to Sherman, Texas until such time as he is given specific permission to do so by Pretrial Services.

j) The Defendant may be permitted to leave the residence in New Jersey only for treatment of a serious medical issue or to consult with counsel. Should such an event occur, Defendant shall provide prior notice to Pretrial Services as they direct and shall be accompanied by the custodian.

2. The Defendant shall surrender his passport and any other travel-related documents to United States Pretrial Services;

3. There shall be no weapons in the location where Defendant shall take residence;

4. Defendant shall avoid contact with witnesses and/or victims and/or alleged co-conspirators of the alleged committed conduct;

5. Defendant shall allow United States Pretrial Services access to his lines of credit and bank accounts; and

6. Defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an

additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It has been reported to the Court that the United States Attorney for the Eastern District of Texas intends to take an appeal of this Order. Upon motion of the Government, we **FURTHER ORDER** that the implementation of this Order be delayed until the close of business on Monday, March 11, 2013, East Coast time, to permit time for the Government to pursue its appeal.

BY THE COURT:


 /s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
United States Magistrate Judge